Appellant, v. THE SOLVAY PROCESS COMPANY, Self-Insurer, Employer, Respondent.— Decision unanimously affirmed, without costs.

In the Matter of the Petition of WILLIAM H. HANLEY and ALVIN M. COLE, Appellants, to Review the Order of the Commissioner of Education of the State of New York, Respondent, Dated the 17th Day of March, 1922, Directing the District Superintendent of the Third Supervisory District of Broome County to Issue an Order under the Provisions of Sections 123–125 of the Education Law,* Transferring a Portion of the Territory of Common School District No. 9, and Directing the Calling of a Special District Meeting for Reconsidering the Action Taken at the District Meeting Held December 28, 1920, Authorizing the Erection of a New School Building and Voting the Appropriation of $12,000 Therefor.— Order unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN PIHLAG, Claimant, Respondent, v. RAYMOND CONCRETE PILE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FLORENCE RYAN, Claimant, Respondent, v. AUTO STROP & SAFETY RAZOR Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRED SCHOOP, Claimant, Respondent, v. RAYMOND CONCRETE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DANIEL STOLLER, Claimant, Appellant, v. WORLD LIGHTING APPLIANCE COMPANY, INC., and Another, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. LUDWIG REIDEL, Claimant, Respondent, v. E. W. BLISS COMPANY and Another, Appellants.— Award reversed on the ground that there is no evidence that the disability, found to be due to a condition of multiple sclerosis, was caused by the accident complained of, and matter remitted to the State Industrial Board for further consideration. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ALEJANDRO BEREA, as Administrator, etc., of FRANCISCO ARCOS BLANCO, Deceased, Claimant, Appellant, v. NICHOLS COPPER COMPANY and Another, Respondents.— Decision unanimously affirmed.

In the Matter of the Estate of JAMES THOMPSON, Deceased.— Motion denied, with ten dollars costs.

In the Matter of the Probate of the Last Will and Testament of ADAM WINNE, Deceased.— Decree unanimously affirmed, with costs against the appellant.

BORDEN H. MILLS, as Trustee in Bankruptcy of the PLAYTHINGS CORPORATION, Bankrupt, Appellant, v. D. HARRY FRIEDMAN, Respondent.— Order unanimously affirmed, with costs to abide the event.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM MARZ, Claimant, Respondent, v. DOEHLER DIE CASTING COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. Mrs. CATHERINE NESTOR,

*See Laws of 1914, chap. 154, amdg. said § 123.—REP.